IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| ASHLEE GONZALEZ, INDIVIDUALLY AND AS DEPENDENT ADMINISTRATOR OF AND ON BEHALF OF THE ESTATE OF MELISSA DE LA CRUZ, AND MELISSA DE LA CRUZ'S HEIR(S)-AT-LAW AND WRONGFUL DEATH BENEFICIARIES; AND ARACELI DE LA CRUZ, INDIDUALLY<br><br>V.<br><br>HIDALGO COUNTY, TEXAS | § § § § § § § § § § § § § §    CIVIL ACTION NO. 7:25-cv-00177 |

### JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

NOW COME, Plaintiffs and Defendant and file this Joint Motion for Entry of an Agreed Protective Order in the above styled and numbered cause and would respectfully show unto this court as follows:

1. All parties have agreed that it is necessary to enter into an Agreed Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure ("FRCP") to protect any document, information, or other tangible or intangible thing (collectively, "documents") furnished by a party to any other party, as well as documents furnished by non-parties who receive subpoenas in connection with this action, if and when the documents are designated by a party or non-party as "Confidential Information" in accordance with the terms of the Agreed Protective Order attached hereto as **Exhibit A**.

2. All parties further agree that the Agreed Protective Order shall also apply to copies,

excerpts, abstracts, analyses, summaries, descriptions, or other forms of recorded information or data containing, reflecting, or disclosing all or parts of designated documents.

3. Information designated as "Confidential Information" may only be used for purposes of preparation, trial, and appeal of this action. Unless the parties otherwise agree in a signed writing, "Confidential Information" must not be used by the party receiving the same under any circumstances or for any other purpose.

4. The parties have agreed to the terms of the proposed Agreed Protective Order and believe that it is necessary because this case involves the production of sensitive documents and tangible items which comprise the records of a law enforcement agency, e.g., Hidalgo County Sheriff's Office Policies and Procedures and any existing jail surveillance videos of the events or locations of events which are the subject of this case.

5. These are excepted from public disclosure for security and safety reasons under the Texas Government Code and public dissemination would be likely to result in interference with law enforcement operations.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court grant the relief requested and for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

/s/ Preston Edward Henrichson
_____

Preston Edward Henrichson
Texas Bar No. 09477000
Federal I.D. # 1922
HENRICHSON LAW PLLC
10113 N. 10th St., Ste. E-South
McAllen, Texas 78504
Telephone: (956) 383-3535
Facsimile: (956) 383-3585
E-mail: preston@henrichsonlaw.com
& eservices@henrichsonlaw.com
*Attorney in Charge for Defendant Hidalgo County*

/s/ Jessica Bebawi by PH with permission
_____

**Jessica Bebawi**

Attorney-in-Charge for Plaintiffs:
T. Dean Malone
Texas State Bar No. 24003265
dean@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone: (214) 670-9989
Telefax: (214) 670-9904

Of Counsel:
Jennifer Kingaard
Texas State Bar No. 24048593
jennifer.kingaard@deanmalone.com
Alexandra W. Payne
Texas State Bar No. 24118939
alexandra.payne@deanmalone.com
Jessica Bebawi
Texas State Bar No. 24108867
jessica.bebawi@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone: (214) 670-9989
Telefax: (214) 670-9904

## CERTIFICATE OF SERVICE

On October 10, 2025 a true and correct copy of the foregoing instrument was served on the following persons in accordance with the Federal Rules of Civil Procedure:

**Via CM/ECF**

T. Dean Malone
Texas State Bar No. 24003265
dean@deanmalone.com
Jennifer Kingaard
Texas State Bar No. 24048593
jennifer.kingaard@deanmalone.com
Alexandra W. Payne
Texas State Bar No. 24118939
alexandra.payne@deanmalone.com
Jessica Bebawi
Texas State Bar No. 24108867
jessica.bebawi@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone: (214) 670-9989
Telefax: (214) 670-9904

/s/ Preston E. Henrichson
_____
Preston E. Henrichson