UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ASHLEE GONZALEZ, individually and as dependent administrator of and on behalf of the ESTATE OF MELISSA DE LA CRUZ, and MELISSA DE LA CRUZ's heir(s)-at-law and wrongful death beneficiaries; and ARACELI DE LA CRUZ, individually, | § | CIVIL ACTION NO. 7:25-cv-00177 |
| Plaintiffs, | § | JURY DEMANDED |
| v. | § | |
| HIDALGO COUNTY, TEXAS, | § | |
| Defendant. | § | |

JOINT STATUS REPORT

As required by the Court in its August 14, 2026 order, the Parties file this joint report. The Parties reached a proposed settlement which, if consummated, would resolve all claims in this case and all disputes between the Parties. However, because Ashlee Gonzalez is a dependent administrator, the probate court handling the relevant probate case must approve the proposed settlement. Moreover, since minors A.A.V. and A.D.V. will be beneficiaries of the proposed settlement, this Court will likewise need to approve the proposed settlement and presumably appoint a guardian *ad litem* to represent the minor beneficiaries' interests. The Parties therefore request that the Court stay the case, including all deadlines and settings, for at least sixty days to allow the Parties to finalize the proposed settlement.

Respectfully submitted:

*/s/ Dean Malone*
T. Dean Malone

T. Dean Malone
Texas State Bar No. 24003265
Southern District of Texas Bar No. 37893
dean@deanmalone.com
Michael T. O'Connor
Texas State Bar No. 24032922
Southern District of Texas Bar No. 37991
michael.oconnor@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Phone: (214) 670-9989
Fax: (214) 670-9904

Attorneys for Plaintiffs

*/s/ Preston Edward Henrichson*
Preston Edward Henrichson

Preston Edward Henrichson
Texas State Bar No. 09477000
Federal ID No.: 1922
Henrichson Law PLLC
10113 North 10th St., Suite E South
McAllen, Texas 78504
Phone: (956) 383-3535
Fax: (956) 383-3585
preston@henrichsonlaw.com
eservices@henrichsonlaw.com

Attorney for Defendant Hidalgo County, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, which provided notice to the attorneys who have appeared in this matter.

*/s/ Dean Malone*
T. Dean Malone